# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID S. HEMBREE,

    Plaintiff,

v.

    Case No. 12-cv-13036
    Honorable Denise Page Hood

PATRICIA CARTER, JOAN ROGERS
DARRYL BRADY, and LORI KOPKA,

    Defendants.

_____/

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Order entered on July 31, 2013, this cause of action is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan this 31st day of July, 2013.

    DAVID J. WEAVER
    CLERK OF THE COURT

    BY: s/LaShawn Saulsberry
    Deputy Clerk

APPROVED:

s/Denise Page Hood
DENISE PAGE HOOD
UNITED STATES DISTRICT JUDGE